IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ELAINE M. LEWIS, MACK LEWIS, CITY OF BELLEVILLE, and FCC INVESTMENT TRUST I, )<br>)<br>Defendants. ) | Case No. 3:10-CV-00811-NJR-PMF |

ORDER CONFIRMING
UNITED STATES MARSHAL'S REPORT OF SALE

**ROSENSTENGEL, District Judge:**

Judge G. Patrick Murphy appointed United States Marshal Don Slazinik to sell the property at issue in this case and otherwise effectuate this Court's "JUDGMENT DECREE AND ORDER FOR SALE" on August 3, 2011 (Doc. 27). After Judge Murphy's retirement, this case was reassigned to Chief Judge Michael J. Reagan. The case was then reassigned to the undersigned on June 26, 2015. On January 13, 2016, Marshal Slazinik filed his Report of Sale (Doc. 34, ex. 1). Having reviewed that report, the Court finds that the United States Marshal has proceeded in accordance with the terms of the Judgment and Order and that the sale was fairly made. Thus, the undersigned District Judge **GRANTS** the Government's Motion for an "Order Approving Report of Sale and Distribution, Confirming Sale and Order of Possession" (Doc. 34) and **APPROVES AND CONFIRMS** the Report of Sale (Doc. 34, ex. 1).

IT IS SO ORDERED.

DATED: January 14, 2016

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**