IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 3:10-CV-00811-NJR-PMF ) |
| ELAINE M. LEWIS, MACK LEWIS, CITY OF BELLEVILLE, and FCC INVESTMENT TRUST I, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE AND ORDER OF POSSESSION

**ROSENSTENGEL, District Judge:**

This matter is before the Court on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which is the subject of this action and described as:

PARCEL 1: THAT PART OF LAT NO. 13 AS SHOWN ON ''SHARRON J. FOWLER TRACT ASSESSMENT PLAT OF PART SOUTHEAST QUARTER SECTION 17, TOWNSHIP 1 NORTH, RANGE 8 WEST, ST. CLAIR COUNTY, ILLINOIS''; REFERENCE BEING HAD TO THE PLAT THEREOF RECORDED IN THE RECORDER'S OFFICE OF ST. CLAIR COUNTY, ILLINOIS, IN BOOK OF PLATS ''48'' ON PAGE 29, MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT: BEGINNING AT THE IRON ROD THAT MARKS THE NORTHWEST CORNER OF SAID LOT 13, THENCE SOUTH ALONG THE WEST LINE OF SAID LOT 13, A DISTANCE OF 100.0 FEET TO AN IRON ROD; THENCE EAST ALONG A LINE PARALLEL TO THE NORTH LINE OF SAID LOT 13 A DISTANCE OF 200 FEET TO A POINT, SAID POINT BEING THE POINT OF BEGINNING OF THE TRACT OF LAND HEREIN DESCRIBED; CONTINUING THENCE EAST ALONG A LINE PARALLEL TO SAID NORTH LINE OF LOT 13, A DISTANCE OF 150 FEET TO A POINT;

THENCE SOUTH ALONG A LINE PARALLEL TO THE WEST LINE OF SAID LOT 13, A DISTANCE OF 80 FEET TO A POINT; THENCE WEST ALONG A LINE PARALLEL TO THE SOUTH LINE OF SAID LOT 13, A DISTANCE OF 150 FEET TO A POINT THENCE NORTH ALONG A LINE PARALLEL TO THE WEST LINE OF SAID LOT 13, A DISTANCE OF 80 FEET TO THE POINT OF BEGINNING. EXCEPT COAL, GAS AND OTHER MINERAL RIGHTS EXCEPTED OR RESERVED IN PRIOR CONVEYANCES. PARCEL 2: EASEMENT FOR THE BENEFIT OF PARCEL 1 AS CREATED BY WARRANTY DEED FROM RUTH M. MYERS TO RONALD JOE SLENBECK, ET AL., DATED APRIL 18, 1961 AND RECORDED IN THE RECORDER'S OFFICE OF ST. CLAIR COUNTY, ILLINOIS, APRIL 18, 1961 AS DOCUMENT NO. A76440 IN BOOK 1732 ON PAGE 297, FOR THE PURPOSE OF INGRESS AND EGRESS OVER A STRIP OF LAND 20 FEET WIDE, BEGIN [sic] MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT: THE WEST 20 FEET OF THE FOLLOWING DESCRIBED TRACT OF LAND: THAT PART OF LOT NO. 13 AS SHOWN ON ''SHARRON J. FOWLER TRACT ASSESSMENT PLAT OF PART OF SOUTHEAST QUARTER SECTION 17, TOWNSHIP 1 NORTH, RANGE 8 WEST, ST. CLAIR COUNTY, ILLINOIS''; REFERENCE BEING HAD TO THE PLAT THEREOF RECORDED IN THE RECORDER'S OFFICE OF ST. CLAIR COUNTY, ILLINOIS, IN BOOK PLATS ''48'' ON PAGE 29, MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE PIPE THAT MARKS THE NORTHEAST CORNER OF SAID LOT 13; THENCE SOUTH ALONG THE EAST LINE OF SAID LOT 13, A DISTANCE OF 200.0 FEET TO THE PIPE THAT MARKS THE SOUTHEAST CORNER OF SAID LOT 13; THENCE WEST ALONG THE SOUTH LINE OF SAID LOT 13, A DISTANCE OF 150.0 FEET, TO AN IRON ROD; THENCE NORTH ALONG A LINE LYING PARALLEL TO THE EAST LINE OF SAID LOT 13, A DISTANCE OF 200.0 FEET TO AN IRON ROD ON THE NORTH LINE OF SAID LOT 13, THENCE EAST ALONG THE NORTH LINE OF SAID LOT 13, A DISTANCE OF 150.0 FEET TO THE POINT OF BEGINNING.PARCEL 3: EASEMENT FOR THE BENEFIT OF PARCEL 1 AS CREATED IN WARRANTY DEED FROM MARCEL M. RENSING AND VIOLET RENSING, HIS WIFE, TO ROBERT L. WALSH AND DOROTHY L. WALSH, HIS WIFE, DATED JANUARY 27, 1964 AND RECORDED IN THE RECORDER'S OFFICE OF ST. CLAIR COUNTY, ILLINOIS, JANUARY 29, 1964 AS DOCUMENT NO. A171931 FOR THE PURPOSE OF INGRESS AND EGRESS OVER AND UPON THE SOUTH 20 FEET OF THE EAST 150 FEET OF THE FOLLOWING TRACT OF LAND: THAT PART OF LOT NO. 13 AS SHOWN ON ''SHARRON J. FOWLER TRACT ASSESSMENT PLAT OF PART SOUTHEAST QUARTER SECTION 17, TOWNSHIP 1 NORTH RANGE 8 WEST, ST.

CLAIR COUNTY, ILLINOIS''; REFERENCE BEING HAD TO THE PLAT THEREOF RECORDED IN THE RECORDER'S OFFICE OF ST. CLAIR COUNTY, ILLINOIS, IN BOOK OF PLATS ''48'' ON PAGE 29, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO WIT: BEGINNING AT THE IRON ROD THAT MARKS A POINT BEING 100 FEET SOUTH OF THE NORTHWEST CORNER OF SAID LOT 13; THENCE SOUTH ALONG THE WEST LINE OF SAID LOT 13, A DISTANCE OF 100.0 FEET TO AN IRON ROD; THENCE EAST ALONG A LINE LYING PARALLEL TO THE NORTH LINE OF SAID LOT 13, A DISTANCE OF 350.0 FEET TO AN IRON ROD; THENCE NORTH ALONG A LINE LYING PARALLEL TO THE WEST LINE OF SAID LOT 13, A DISTANCE OF 100.0 FEET TO AN IRON ROD; THENCE WEST ALONG A LINE LYING PARALLEL TO THE NORTH LINE OF SAID LOT 13, A DISTANCE OF 350.0 FEET TO THE POINT OF BEGINNING.

This premises is commonly known as 135 WESTWOOD DRIVE, Belleville, IL 62226;

Property Index No. 08-17-407-083.

Having reviewed the report, the Court finds as follows:

1. All notices required by 735 ILCS 5/15-1507(c) were given;

2. The sale was fairly and properly made; and

3. The United States Marshal, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment.

**IT IS THEREFORE ORDERED** that the sale of the premises involved in this action and the Report of Sale and Distribution filed by the Special Commissioner are approved, ratified, and confirmed.

**IT IS FURTHER ORDERED** that:

the proceeds of the sale shall be distributed in accordance with the Report of Sale and Distribution;

the Mortgagee's fees and costs arising between the entry of the Judgment of

Foreclosure and Sale and the date of sale are approved;

there shall be an *in rem* deficiency judgment entered in the sum of $32,939.42 with interest as by statute provided, against the subject property; and

the Special Right to Redeem, if applicable, pursuant to 735 ILCS 5/15-1604, shall expire 30 days after entry of this Order, and 735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

Upon request by the successful bidder, and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder or assignee a deed sufficient to convey title. A municipality or county may contact the following with concerns about the real property:

| | |
|---|---|
| Grantee or Mortgagee: | OCWEN LOAN SERVICING LLC |
| Contact: | JOHNNA MILLER |
| Address: | 1661 WORTHINGTON ROADE, SUITE #100<br>West Palm Beach , FL   33409 |
| Telephone Number: | (561) 682-8000 |

**IT IS FURTHER ORDERED** that the successful bidder is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15–1701. The United States Marshal and/or local law enforcement officers of St. Clair County who along with his or her deputies and agents are authorized and directed to evict and dispossess ELAINE M.

LEWIS and MACK LEWIS from the premises commonly known as 135 WESTWOOD DRIVE, Belleville, IL, 62226.

**IT IS FURTHER ORDERED** that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer/exempt stamps.

**IT IS SO ORDERED.**

**DATED:   March 14, 2016**

s/ Nancy J. Rosenstengel\_\_\_\_
**NANCY J. ROSENSTENGEL
United States District Judge**